```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**STACY ELLIOTT**                                              **PLAINTIFF**

v.                         Civil No. 10-3054

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                             **DEFENDANT**

### O R D E R

Now on this 26th day of August, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 11) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 11) is hereby **adopted *in toto***;

**IT IS FURTHER ORDERED** that the decision of the ALJ is hereby **affirmed**; and

**IT IS FURTHER ORDERED** that, for the reasons set out in the Report and Recommendation, plaintiff's case is hereby **dismissed with prejudice.**

IT IS SO ORDERED.

                                    /s/Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE